1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Scott C. Cifrese, WSBA No. 25778
Paul S. Stewart, WSBA No. 45469
PAINE HAMBLEN LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
(509) 455-6000
scott.cifrese@painehamblen.com
paul.stewart@painehamblen.com

Attorneys for Defendants Ward

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

GREGORY R. BUTCHER and
SHARON L. BRYANT-BUTCHER,
husband and wife,

                    Plaintiffs,

  vs.

  STEPHEN H. WARD and MARIA
WARD, husband and wife, and
OVERLAND WEST, INC.

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No.

**NOTICE OF REMOVAL**

Defendants Stephen H. Ward and Maria Ward, by and through their

attorneys, Scott C. Cifrese and Paul S. Stewart of Paine Hamblen LLP, hereby

gives notice of removal, pursuant to 28 U.S.C. § 1446, of the above-entitled

NOTICE OF REMOVAL - PAGE 1

action from the Spokane County Superior Court to the United States District Court for the Eastern District of Washington.

1.      The above-entitled action was filed on March 1, 2021, in Spokane County Superior Court, under Cause No. 21-2-00541-32. Attached as Exhibit 1 is a true and correct copy of all the pleadings filed to date in the Spokane County action. The Complaint alleges personal injury arising from a motor vehicle accident that occurred between Plaintiffs Butcher and Defendants Ward on March 2, 2018.

2.      On May 27, 2021, Defendant Overland West, Inc. was served with the Summons and Complaint. *See* Ex. 1 at 11. Upon information and belief, Overland West, a rental car company from which the Wards rented their vehicle allegedly involved in this accident, is immune from this action, and should not have been named as a defendant. 49 U.S.C. § 30106.

3.      On January 15, 2022, some seven months after serving Overland West, and nearly four years after the motor vehicle accident, the Wards were served with the Summons and Complaint. *See* Ex. 1 at 37.

4.      This is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity jurisdiction) and is one which may be removed to this Court by the Wards pursuant to the provisions of 28 U.S.C. §

NOTICE OF REMOVAL - PAGE 2

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505
PHONE (509) 455-6000

1441(c). The parties in this case are completely diverse, i.e., each of the

plaintiffs are citizens of a different state than each of the defendants. *Morris v.*

*Princess Cruises, Inc.*, 236 F.3d 1061, 1067 (9th Cir. 2001) (citing *Caterpillar*

*Inc. v. Lewis*, 519 U.S. 61, 68, 117 S. Ct. 467, 136 L.Ed.2d 437 (1996)).

     5.     Plaintiffs are citizens of the State of Washington.  *See* Ex. 1 at 4.

     6.     Overland West, Inc. is incorporated in the State of Utah and its

principal place of business, the place where Overland West's officers direct,

control, and coordinate the corporation's activities, i.e., Overland West's "nerve

center," *Hertz Corp. v. Friend*, 559 U.S. 77, 92–93, 130 S. Ct. 1181, 1192, 175

L. Ed. 2d 1029 (2010), is located in Ogden, Utah.  Thus, Overland West, Inc. is

a citizen of Utah. 28 U.S.C. § 1332(c).

     7.     The Wards maintain their true, fixed, and permanent home in

Meriden, Connecticut. Thus, the Wards are citizens of Connecticut. *See* Ex. 1 at

4.

     8.     The Complaint does not state a specific dollar amount for money

damages sought. Prior to removal, undersigned counsel inquired with Plaintiff's

counsel regarding Plaintiffs' alleged damages.  Plaintiff's counsel would not

concede that the amount in controversy is less than $75,000; accordingly, on

information and belief, the amount in controversy exceeds $75,000.

NOTICE OF REMOVAL - PAGE 3

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505
PHONE (509) 455-6000

1
2
3
4

9.      Thirty (30) days have not yet expired since this action became removable by the Wards to the United States District Court, Eastern District of Washington.

5
6
7
8
9

10.      Venue is proper in the Eastern District of Washington, pursuant to 28 U.S.C. § 1391(b), on the grounds that a substantial part of the events giving rise to the claim (i.e., the subject car accident) occurred within the Eastern District of Washington.

10
11
12
13

11.      Pursuant to 28 U.S.C. § 1446(d), the Wards are giving written notice of the removal of this action to counsel for the Plaintiffs and filing a copy of the written notice with the Spokane County Superior Court Clerk.

14
15
16
17

WHEREFORE, Defendants Ward request that the above-entitled action be removed from Spokane County Superior Court to the United States District Court for Eastern District of Washington.

18
19

DATED this 14th day of February, 2022.

20

PAINE HAMBLEN LLP

21
22
23
24
25

By: /s/ Paul S. Stewart
SCOTT C. CIFRESE
WSBA No. 25778
PAUL S. STEWART
WSBA No. 45469
Attorneys for Defendants Ward

26
27
28

NOTICE OF REMOVAL - PAGE 4

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505
PHONE (509) 455-6000

1

2

3

## CERTIFICATE OF SERVICE

4      I HEREBY CERTIFY that on the 14th day of February, 2022, I caused to
be served the foregoing **NOTICE OF REMOVAL** by the method indicated
5    below and addressed to the following:

6

\_\_\_\_\_ VIA CM/ECF SYSTEM          John Bardelli
7   _X_ VIA U.S. MAIL (Postage Prepaid)   N 606 Pines Rd., Suite 201
\_\_\_\_\_ VIA OVERNIGHT MAIL         Spokane, WA 99216
8   X\_\_\_\_ VIA EMAIL                jabardelli@aol.com

9

\_\_\_\_\_ VIA CM/ECF SYSTEM          David B. Jensen
10  _X_ VIA U.S. MAIL (Postage Prepaid)   1299 Zurich Way, Suite 460
\_\_\_\_\_ VIA OVERNIGHT MAIL         Schaumburg, IL 60196
11  X\_\_\_\_ VIA EMAIL                David.b.jensen@zurichna.com

12

13

14

15

16       /s/ Paul S. Stewart                    
SCOTT C. CIFRESE
17   WSBA No. 25778
PAUL S. STEWART
18   WSBA No. 45469
Attorneys for Defendants Ward
19   Paine Hamblen LLP
717 W. Sprague Ave., Suite 1200
20   Spokane, WA 99201-3505
(509) 455-6183
21   Fax: (509) 838-0007
E-mail: scott.cifrese@painehamblen.com
22   E-mail: paul.stewart@painehamblen.com

23

24

25

i:\spodocs\00407\00072\plead\02110969.doc
26

27  NOTICE OF REMOVAL - PAGE 5                    *PAINE HAMBLEN LLP*
                                      717 WEST SPRAGUE AVENUE, SUITE 1200
28                                        SPOKANE, WASHINGTON 99201-3505
                                             PHONE (509) 455-6000